**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YUDISNEISYS ZALDIVAR,**

    **Plaintiff,**

v.                                        Case No: 6:16-cv-02025-JA-GJK

**ADECCO USA, INC.**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08(a) Plaintiff, YUDISNEISYS ZALDIVAR, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, ADECCO USA, INC., has been settled.

Dated this 12th day of January, 2017.

                                                       Respectfully submitted,

                                                       **Luis A. Cabassa**
                                                       Florida Bar No. 0053643
                                                       Wenzel Fenton Cabassa P.A.
                                                       1110 N. Florida Avenue
                                                       Suite 300
                                                       Tampa, Florida 33602
                                                       Main No.: 813-224-0431
                                                       Direct No.: (813) 379-2565
                                                       Facsimile No.: 813-229-8712
                                                       Email: lcabassa@wfclaw.com
                                                       Email: twells@wfclaw.com
                                                       **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of January, 2017, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Yash B. Dave, Esquire
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
E-Mail: ydave@sgrlaw.com

                                                                     _____
                                                                     **LUIS A. CABASSA**