**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YUDISNEISYS ZALDIVAR,**

    **Plaintiff,**

v.     Case No.: 6:16-cv-02025-JA-GJK

**ADECCO USA, INC.**

    **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, YUDISNEISYS ZALDIVAR, and Defendant, ADECCO USA, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 9th day of February, 2017.

| | |
|---|---|
| SMITH, GAMBRELL & RUSSELL, LLP | WENZEL FENTON CABASSA, P.A. |
| 50 N. Laura Street, Suite 2600 | 1110 North Florida Avenue |
| Jacksonville, FL 32202 | Suite 300 |
| Telephone: (904) 598-6115 | Tampa, Florida 33602 |
| Facsimile: (904) 598-6215 | Telephone: 813-224-0431 |
| | Facsimile: 813-229-8712 |
| | |
| BY: */s/Yash B. Dave* | BY: */s/Luis A. Cabassa* |
| Yash B. Dave | Luis A. Cabassa |
| Florida Bar Number: 0068573 | Florida Bar Number: 0053643 |
| E-mail: ydave@sgrlaw.com; | E-mail: lcabassa@wfclaw.com |
| Counsel for Defendant | Counsel for Plaintiff |